UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80359-DMM

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**PATIO.COM LLC,**
**a Florida limited liability company;**
**and R & R POOL & PATIO, INC.**
**a foreign for-profit corporation,**

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties ten (10) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a stipulation for dismissal with prejudice.

    DATED: March 31, 2021.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By___*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Bruce E. Loren, Esq.
Allen J. Heffner, Esq.
LOREN & KEAN LAW
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL  33418
(561) 615-5701

*Attorneys for Defendant*
*PATIO.COM LLC AND*
*R & R POOL & PATIO, INC.*

                                                /s/ *Roderick V. Hannah*
                                                     Roderick V. Hannah